

To All Employees of Lutheran SeniorLife:

During the start of the COVID-19 pandemic and for nearly one (1) year thereafter, a weekly email was distributed to "All Staff" to provide COVID updates and most importantly, to deliver a sincere thank you for the work that you do, each and every day. **This letter prompts me to again extend a *thank you* for your service.**

Lutheran SeniorLife prides itself on being a workplace that places the health and safety of our employees, and those served, at the forefront of all programs and services. In addition, we have taken measures to provide additional personal protective equipment, regular COVID-19 testing and other initiatives as appropriate and practicable.

Guided by our corporate values and commitment to serve, I trust that our team will successfully meet this new challenge that is outlined below and placed in front of us at Lutheran SeniorLife.

### Federal Vaccination Mandate Published November 5, 2021

As you may be aware, the federal government published its federal COVID-19 vaccination mandate on November 5th, 2021 for all providers who participate in Medicare and Medicaid as a certified program. We now want to take steps to ensure that we are positioned to comply with the rule and the deadlines.

Although not unique to Lutheran SeniorLife, we are required under this federal mandate to require all employees and other partners, as appropriate, **to be fully vaccinated to work at Lutheran SeniorLife.** We are providing this notice well before the deadlines as listed below.

We will comply with all federal, state and local laws and guidance, in accordance with legal requirements established by the U.S. Dept. of Labor, the Occupational Safety and Health Administration (OSHA), the Centers for Medicare and Medicaid (CMS), and other public health and licensing authorities, as applicable. Although, whether or not a Lutheran SeniorLife employee receives a vaccination has work implications, the decision whether to be vaccinated is still a choice that employees should make in consultation with their healthcare provider after reviewing the available information.

### Vaccination Dates at Lutheran SeniorLife:

To assist employees in complying with our vaccination policy, the following vaccination dates will be offered at Passavant Community through a third party pharmacy, Symbria. **Please call Lisa Ramos at 724-452-3588 or email lisa.ramos@lutheranseniorlife.org to register.**
- o   November 18th –10:00 am-2:00 pm Booster Doses and 1st doses
- o   November 22nd (Time TBD) 1st dose
- o   November 29th (time TBD) 1st dose
- Second vaccine doses will depend on which vaccine employees receive
- Other vaccination locations are available through neighborhood clinics or retail pharmacies: employees are responsible to schedule their vaccination appointment.

**Confirmation of Vaccination**
As we look ahead, Lutheran SeniorLife will follow the federal mandate and CMS rules, and **require all employees to receive either the first dose** of the two-step vaccine (Pfizer or Moderna), or the **first and only dose** of the Johnson and Johnson vaccine **by December 5, 2021**, and, **be fully vaccinated before January 3, 2022**, unless an exemption is approved through Human Resources.

- Employees must submit proof of vaccination (completed COVID-19 Vaccination Record Card or immunization record from a medical provider) when you receive your first, and second dose, of the two-step vaccine, or proof of vaccination following one dose of the single vaccine.

- Employees who have sincerely-held religious beliefs or medical/disability reasons for not being vaccinated may apply for an exemption, in accordance with applicable law. Human Resources will be reviewing the exemption requests.

**Requests for Accommodations or Exemptions**
Lutheran SeniorLife will consider requests to be excused from this policy whenever necessary to comply with legal requirements, and will consider any requests for accommodations for disabilities, pregnancy, religion or other exemptions on an individual basis in accordance with applicable legal requirements.

The appropriate **accommodation request forms can be obtained from Human Resources.**

Exemption requests must be submitted as soon as possible, but **no later than December 1, 2021**, including medical provider documentation. (Please make every effort to meet this schedule). Human Resources will review the exemption request and notify the employee of approval and denial.

- Employees who receive exemption denials must be fully vaccinated and submit proof of vaccination by January 3, 2021 to return to work.

Employees not in compliance with the Covid-19 Vaccine Policy will be placed on an unpaid suspension until they are in compliance, for a maximum of 30 days. When paid time off is available, it may be used.

Staff who have questions about the COVID-19 vaccine, should visit CDC's page **Myths and Facts About COVID-19 Vaccines** at https://www.cdc.gov/ for more information and/or consult your health care provider.

However, **employees who decline to become fully vaccinated, should inform their manager or human resources representative as soon as possible.** Please complete the accompanying form, *Acknowledgement of CMS and OSHA COVID-19 Vaccination Mandate Requirements,* and attach a copy of your proof of vaccination, as applicable, unless you have previously provided proof, then return the form to the designee at your program or program supervisor.

Finally, I am confident that we will successfully comply with the federal vaccination mandate.

Sincerely,

David Fenoglietto
President and CEO
Lutheran SeniorLife



## ACKNOWLEDGEMENT OF CMS and OSHA COVID-19 VACCINATION MANDATE REQUIREMENTS

The Centers for Medicare and Medicaid Services (CMS) and the Occupational Safety and Health Administration (OSHA), have required COVID-19 vaccination for all staff. To ensure compliance and appropriate application, Lutheran SeniorLife is required to mandate staff to obtain the vaccine and provide documentation.

As such please check your current status below and attach your vaccination card, or another acceptable document and return it to your program designee or manager as soon as possible or by December 1, 2021.

I have received the COVID -19 Vaccine/dose below:

- \_\_\_\_\_ **\*Only dose 1** of Pfizer-BioNTech COVID-19 vaccine
- \_\_\_\_\_ **\*Dose 1 and dose 2** of Pfizer-BioNTech COVID-19 vaccine
- \_\_\_\_\_ **\*Only dose 1** of Moderna COVID-19 vaccine
- \_\_\_\_\_ **\*Dose 1 and dose 2** of Moderna COVID-19 vaccine
- \_\_\_\_\_ **\*Dose** of Janssen COVID-19 vaccine
- \_\_\_\_\_ **\*Booster** of Pfiz-BioNTech, Moderna, Janssen (please circle)

I have **not** received the COVID-19 Vaccine:

- \_\_\_\_\_ \*I have a medical contraindication or exclusion to COVID-19 vaccine.
- \_\_\_\_\_ \*I have sincerely held religious beliefs and practices objecting to the COVID-19 vaccine.
- \_\_\_\_\_ \*I will not be obtaining the COVID-19 vaccine.

If you would like to request an accommodation, contact your Human Resources representative.

Please do not provide any additional information, medical or otherwise.

**Printed Name:** _____
**Signature:** _____
**Date:** _____
**Title:** _____

**Lutheran SeniorLife Program** (please circle):

Advanced Care Center;   BeHome Partners;   Geriatric Care Services;

Passavant Community/New Haven Court;   LIFE;   Lutheran SeniorLife;   Lutheran Service Society;

St. John Community/RoseCrest;   VieCare/Valley Care;   VNA (Hospice/Home Health)